UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CURTIS L. METCALF,**

        **Plaintiff,**

v.                                                   Case No.  6:22-cv-763-CEM-LHP

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Shea A. Fugate's Second Amended Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) ("Motion," Doc. 28). The United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that the Motion be granted (*Id.* at 9).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 28) is **GRANTED**.

3. Attorney Fugate is **AUTHORIZED** to charge Claimant a fee under § 406(b) in the amount of $5,651.25.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record